# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SQUATRITO, DOMINIC J. | US DISTRICT COURT HARTFORD, CT | 02/09/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTR. JUDGE-SENIOR STATUS | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

US DISTRICT COURT
450 MAIN STREET
HARTFORD, CT 06103

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 02/09/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | ) wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 02/09/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | People's United Bank | Mortgage and equipment notes, and revolving credit line for ____ . and ____ | P3 |
| 2. | The State of Connecticut Department of Community and Economic Development (DECD) | Equipment and leasehold improvement note for ____ . and ____ | P1 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 02/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Webster Bank - checking account | A | Interest | K | T | | | | | |
| 2. Fidelity contra fund - mutual fund | A | Dividend | J | T | | | | | |
| 3.          - common stock | | | P2 | Q | | | | | |
| 4. Land, Windham, CT | | None | | | Sold | 02/03/17 | K | A | |
| 5. Coventry, CT Real Estate | | None | J | W | | | | | |
| 6. People's United Bank - checking account | A | Interest | L | T | | | | | |
| 7. Hines Global REIT | D | Int./Div. | M | T | Buy (add'l) | 12/04/17 | K | | |
| 8. Wilmington Trust Money Market | A | Interest | M | T | Closed | | | | |
| 9. AAC Technologies | A | None | J | T | Buy | 09/19/17 | J | | |
| 10. AAC Technologies | A | None | J | T | Sold (part) | 10/30/17 | J | A | |
| 11. ABB Ltd | A | None | J | T | Buy | 12/08/17 | J | | |
| 12. Abbott Laboratories - common stock | A | Dividend | K | T | | | | | |
| 13. Abbvie Inc. - common stock | A | Dividend | K | T | | | | | |
| 14. ABN Amro Bank | A | None | J | T | Buy | 10/05/17 | J | | |
| 15. Accenture | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 16. Advanced Semiconductor | A | Dividend | J | T | Buy | 09/19/17 | J | | |
| 17. Advanced Semiconductor | A | Dividend | J | T | Sold | 10/30/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Aercap Holdings | A | None | J | T | Buy | 09/26/17 | J | | |
| 19. Agricultural Bank | A | None | J | T | Buy | 09/19/17 | J | | |
| 20. Agricultural Bank | A | None | J | T | Sold | 10/30/17 | J | A | |
| 21. AIA Group | A | None | J | T | Buy | 09/26/17 | J | | |
| 22. Air Liquide | A | None | J | T | Buy | 09/26/17 | J | | |
| 23. Air Liquide | A | None | J | T | Sold (part) | 10/24/17 | J | A | |
| 24. AKBank Turk Anonim | A | None | J | T | Buy | 10/30/17 | J | | |
| 25. Alibaba | A | None | J | T | Buy | 09/19/17 | J | | |
| 26. Alibaba | A | None | J | T | Sold (part) | 10/30/17 | J | A | |
| 27. AMbev SA | A | None | J | T | Buy | 10/30/17 | J | | |
| 28. America Movil SAB DE | A | None | J | T | Buy | 10/30/17 | J | | |
| 29. Amgen | A | Dividend | J | T | Buy | | J | | |
| 30. Anheuser-Busch | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 31. Anhui | A | None | J | T | Buy | 09/19/17 | J | | |
| 32. Anhui | A | None | J | T | Sold | 10/30/17 | J | A | |
| 33. Anthem | A | Dividend | J | T | Sold | 07/31/17 | J | B | |
| 34. Aon PLC | A | Dividend | J | T | Buy | 09/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Aon PLC | A | Int./Div. | J | T | Sold | 11/24/17 | J | B | |
| 36. Apple Inc. - common stock | B | Dividend | L | T | | | | | |
| 37. Arkema Spon | A | None | J | T | Buy | 09/28/17 | J | | |
| 38. Asml Holding | A | None | J | T | Buy | 09/26/17 | J | | |
| 39. Asml Holding | A | None | J | T | Sold (part) | 12/18/17 | J | A | |
| 40. Assa Abloy | A | None | J | T | Buy | 09/29/17 | J | | |
| 41. Associated British Foods | A | None | J | T | Buy | 09/26/17 | J | | |
| 42. Associated British Foods | A | None | J | T | Sold | 11/30/17 | J | A | |
| 43. Astra International | A | None | J | T | Buy | | J | | |
| 44. AT&T | A | Dividend | J | T | Buy | | J | | |
| 45. Baidu | A | None | J | T | Buy | 09/19/17 | J | | |
| 46. Baidu | A | None | J | T | Sold (part) | 10/27/17 | J | A | |
| 47. Banco Bilbao | A | Dividend | J | T | Buy | 09/26/17 | | | |
| 48. Banco Bilbao | A | Dividend | J | T | Sold | 10/19/17 | J | A | |
| 49. Banco Bradesco | A | Dividend | J | T | Buy | 09/19/17 | | | |
| 50. Banco Bradesco | A | Dividend | J | T | Sold | 10/30/17 | J | A | |
| 51. Banco do Brasil | A | Dividend | J | T | Buy | 10/30/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 02/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Bancolombia | A | Dividend | J | T | Buy | 09/19/17 | J | | |
| 53. Bancolombia | A | Dividend | J | T | Sold | 10/30/17 | J | A | |
| 54. Bank Mandir | A | None | J | T | Buy | | J | | |
| 55. Banco Marco SA | A | None | J | T | Buy | 10/30/17 | J | | |
| 56. Bank Rakyat | A | None | J | T | Buy | 09/19/17 | J | | |
| 57. Bank Rakyat | A | None | J | T | Sold | 10/30/17 | J | A | |
| 58. Barclays PLC | A | None | J | T | Buy | 09/26/17 | J | | |
| 59. BB Seguridade | A | None | J | T | Buy | 10/30/17 | J | | |
| 60. BDO Unibank | A | None | J | T | Buy | 09/19/17 | | | |
| 61. BDO Unibank | A | None | J | T | Sold | 10/30/17 | J | A | |
| 62. Berkshire Hathaway Inc Cl B | A | None | J | T | Buy | | J | | |
| 63. BHP Billiton | A | None | J | T | Buy | 09/26/17 | J | | |
| 64. Bidvest Group | A | None | J | T | Buy | 10/30/17 | J | | |
| 65. Borg Warner INC | A | Dividend | J | T | Buy | | J | | |
| 66. Brenntag AG UNSP | A | None | J | T | Buy | 09/26/17 | J | | |
| 67. Bridgestone | A | None | J | T | Buy | 09/26/17 | J | | |
| 68. Brilliance China Auto | A | Dividend | J | T | Buy | 09/19/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 02/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Brillance China Auto | A | Dividend | J | T | Sold | 10/30/17 | J | A | |
| 70. British American Tobacco | A | None | J | T | Buy | 09/26/17 | J | | |
| 71. Bunzl Spon | A | None | J | T | Buy | 09/26/17 | J | | |
| 72. Canadian National Ry Co | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 73. Carlsberg AS Spon | A | None | J | T | Buy | 09/26/17 | J | | |
| 74. Check Point Software | A | None | J | T | Buy | 09/26/17 | J | | |
| 75. Chevron Corp. - common stock | B | Dividend | K | T | | | | | |
| 76. China Gas Holdings | A | None | J | T | Buy | 09/19/17 | J | | |
| 77. China Gas Holdings | A | None | J | T | Sold | 10/30/17 | J | A | |
| 78. China Merchants Bank | A | None | J | T | Buy | 09/19/17 | J | | |
| 79. China Merchants Bank | A | None | J | T | Sold | 10/30/17 | J | A | |
| 80. China Mobile LTD | A | None | J | T | Buy | 10/30/17 | J | | |
| 81. China Pete & Chem Corp | A | None | J | T | Buy | 11/06/17 | J | | |
| 82. China Pete & Chem Corp | A | None | J | T | Sold (part) | 12/20/17 | J | A | |
| 83. China Shenhua Energy Co | A | None | J | T | Buy | 10/30/17 | J | | |
| 84. China State Construction | A | None | J | T | Sold | 10/30/17 | J | A | |
| 85. China State Construction | A | None | J | T | Buy | 09/19/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 02/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. CIA Saneamento Basico de Sao Paulo | A | None | J | T | Buy | 11/02/17 | J | | |
| 87. Cielo SA Spon ADR | A | None | J | T | Buy | 09/26/17 | J | | |
| 88. Cisco | A | Dividend | J | T | Buy | | | J | |
| 89. Clicks Group LTD | A | None | J | | Buy | 10/30/17 | J | | |
| 90. CNOOC LTD | A | None | J | T | Buy | 10/30/17 | J | | |
| 91. Coca Cola Co. - common stock | A | Dividend | K | T | | | | | |
| 92. Comcast | A | Dividend | J | T | Sold | 07/31/17 | J | A | |
| 93. Commercial Int'l Bank Egypt | A | None | J | T | Buy | 10/30/17 | J | | |
| 94. Compagnie Financiere | A | None | J | T | Buy | 09/26/17 | J | | |
| 95. Compass Group | A | None | J | T | Buy | 09/26/17 | J | | |
| 96. Continental AG ADR | A | None | J | T | Buy | 09/26/17 | J | | |
| 97. Cosan Ltd | A | None | J | T | Buy | 09/19/17 | J | | |
| 98. Cosan Ltd | A | None | J | T | Sold | 10/23/17 | J | A | |
| 99. Costco | A | Dividend | J | T | Buy | | | J | |
| 100. Creditcorp | A | None | J | T | Buy | 09/19/17 | J | | |
| 101. Credicorp | A | None | J | T | Sold | 10/30/17 | J | A | |
| 102. Cummins Inc. - common stock | A | Dividend | J | T | Sold | 08/21/17 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 02/09/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Daikin Industries | A | None | J | T | Buy | 09/28/17 | J | | |
| 104. Daiwa House Ind Ltd | A | None | J | T | Buy | 09/26/17 | J | | |
| 105. Danaher Corp. - common stock | A | Dividend | K | T | | | | | |
| 106. DBS Group Holdings | A | None | J | T | Buy | 09/26/17 | J | | |
| 107. Deutsche Boerse AG | A | None | J | T | Buy | 09/26/17 | J | | |
| 108. Deutsche Post AG | A | None | J | T | Buy | 09/26/17 | J | | |
| 109. Digital Realty Trust, Inc. - Formerly known as Digital Airlines, Inc. | A | Dividend | K | T | Sold | 10/05/17 | K | D | |
| 110. Discover Financial Services | A | Dividend | J | T | Buy | | J | | |
| 111. Walt Disney Co. - common stock | A | Dividend | K | T | | | | | |
| 112. Ecolab Inc. - common stock | A | Dividend | K | T | | | | | |
| 113. ENN Energy Holdings | A | None | J | T | Buy | 10/30/17 | J | | |
| 114. ExxonMobil Corp. - common stock | A | Dividend | K | T | Sold | 08/21/17 | K | A | |
| 115. Facebook | A | None | J | T | Buy | | J | | |
| 116. Fanuc Corp | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 117. Ferguson PLC | A | Dividend | J | T | Buy | 0926/17 | J | | |
| 118. Fidelity Treasury MM Fund | B | Interest | N | T | Buy | 12/01/17 | N | | |
| 119. Fomento Economico Mexicano | A | None | J | T | Buy | 12/04/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 02/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Fort Worth Tx Ind Sch Dist | A | Interest | K | T | Sold | 08/11/17 | K | A | |
| 121. Fresenius SE & CO | A | None | J | T | Buy | 09/26/17 | J | | |
| 122. Galp Energia | A | None | J | T | Buy | 09/19/17 | J | | |
| 123. Galp Energia | A | None | J | T | Sold | 10/30/17 | J | A | |
| 124. Givaudan SA ADR | A | None | J | T | Buy | 09/26/17 | J | | |
| 125. Grupo Financiero Banorte | A | None | J | T | Buy | 09/19/17 | J | | |
| 126. Grupo Financiero Banorte | A | None | J | T | Sold | 10/26/17 | J | A | |
| 127. HDFC Bank | A | None | J | T | Buy | 09/19/17 | J | | |
| 128. HDFC Bank | A | None | J | T | Sold | 10/10/17 | J | A | |
| 129. Heineken | A | None | J | T | Buy | 09/26/17 | J | | |
| 130. Hengan International | A | None | J | T | Buy | 10/30/17 | J | | |
| 131. Henkel AG&CO | A | None | J | T | Buy | 09/28/17 | J | | |
| 132. Humble Tx Indpt Sch Dist | A | Interest | K | T | Sold | 08/11/17 | K | B | |
| 133. Icici Bank | A | None | J | T | Buy | 09/19/17 | J | | |
| 134. Icici Bank | A | None | J | T | Sold | 10/18/17 | J | A | |
| 135. Imperial Holdings | A | None | J | T | Buy | 10/30/17 | J | | |
| 136. Honeywell Int'l Inc. - common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 02/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. International Business Machines Corp. - common stock | A | Dividend | J | T | Sold | 07/31/17 | J | B | |
| 138. Illinois Tool Sks Inc. - common stock | A | Dividend | K | T | | | | | |
| 139. Informa PLC | A | None | J | T | Buy | 09/26/17 | J | | |
| 140. Infosys | A | Dividend | J | T | Buy | 10/30/17 | J | | |
| 141. Ishares China Large Cap | A | None | J | T | Buy | 10/27/17 | J | | |
| 142. Ishares China Large Cap | A | None | J | T | Sold | 11/06/17 | J | A | |
| 143. Ishares Latin America ETF | A | None | J | T | Buy | 09/21/17 | J | | |
| 144. Ishares Latin America ETF | A | None | J | T | Sold | 10/10/17 | J | A | |
| 145. Ishares MSCI Brazcap | A | Dividend | J | T | Buy | 09/21/17 | J | | |
| 146. Ishares MSCI Brazcap | A | Dividend | J | T | Sold (part) | 10/02/17 | J | A | |
| 147. Ishares MSCI Ch Cap | A | None | J | T | Buy | 09/21/17 | J | | |
| 148. Ishares MSCI Ch Cap EFT | A | None | J | T | Sold (part) | 11/02/17 | J | A | |
| 149. Ishares MSCI Chile | A | Dividend | J | T | Buy | 09/21/17 | J | | |
| 150. Ishares MSCI Indonesia | A | Dividend | J | T | Buy | 09/21/17 | J | | |
| 151. Ishares Mexcap ETF | A | Dividend | J | T | Buy | 10/02/17 | J | | |
| 152. Ishares Mexcap ETF | A | Dividend | J | T | Sold | 11/01/17 | J | A | |
| 153. Ishares MSCI MLY ETF | A | Dividend | J | T | Buy | 09/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 02/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Ishares MSCI MLY ETF | A | Dividend | J | T | Sold (part) | 10/11/17 | J | A | |
| 155. Ishares MSCI Philippines ETF | A | Dividend | J | T | Buy | 10/02/17 | J | | |
| 156. Ishares MSCI Philippines ETF | A | Dividend | J | T | Sold (part) | 10/24/17 | J | A | |
| 157. Ishares MSCI Poland ETF | A | Dividend | J | T | Buy | 09/21/17 | J | | |
| 158. Ishares MSCI Poland ETF | A | Dividend | J | T | Sold | 11/06/17 | J | A | |
| 159. Ishares MSCI Rus ETF | A | Dividend | J | T | Buy | 09/21/17 | J | | |
| 160. Ishares MSCI Rus ETF | A | Dividend | J | T | Sold (part) | 10/13/17 | J | A | |
| 161. Ishares MSCI STHAFR ETF | A | Dividend | J | T | Buy | 10/12/17 | J | | |
| 162. Ishares MSCI STHAFR ETF | A | Dividend | J | T | Sold (part) | 10/24/17 | J | A | |
| 163. Ishares MSCI STHKOR ETF | A | Dividend | J | T | Buy | 09/21/17 | J | | |
| 164. Ishares MSCI STHKOR ETF | A | Dividend | J | T | Sold (part) | 10/02/17 | J | A | |
| 165. Ishares MSCI Taiwan capped ETF | A | Dividend | J | T | Buy | 09/21/17 | J | | |
| 166. Ishares MSCI Taiwan capped ETF | A | Dividend | J | T | Sold (part) | 11/06/17 | J | A | |
| 167. Ishares MSCI Thicap ETF | A | Dividend | J | T | Buy | 09/21/17 | J | | |
| 168. Ishares MSCI Thicap ETF | A | Dividend | J | T | Sold (part) | 10/10/17 | J | A | |
| 169. Ishares MSCI Turkey ETF | A | Dividend | J | T | Buy | 09/21/17 | J | | |
| 170. Ishares MSCI Turkey ETF | A | Dividend | J | T | Sold (part) | 10/10/17 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 02/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Ishares Tr MSCI China | A | Dividend | K | T | Sold (part) | 11/30/17 | K | A | |
| 172. Ishares India | A | Dividend | J | T | Buy | 09/21/17 | J | | |
| 173. Ishares Tr MSCI India | A | Dividend | J | T | Sold (part) | 10/22/17 | J | A | |
| 174. Julius Baer | A | None | J | T | Buy | 09/26/17 | J | | |
| 175. JP Morgan Chase - common stock | A | Dividend | K | T | | | | | |
| 176. KAO Corp | A | None | J | T | Buy | 09/26/17 | J | | |
| 177. KB Financial Group | A | None | J | T | Buy | 10/30/17 | J | | |
| 178. KBC Corp | A | None | J | T | Buy | 09/26/17 | J | | |
| 179. KBC Corp | A | None | J | T | Sold (part) | 10/05/17 | J | A | |
| 180. KDDI Corp | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 181. Kasikornbank | A | None | J | T | Buy | 10/30/17 | J | | |
| 182. Kimberly Clark Corp. - common stock | A | Dividend | J | T | Sold | 10/05/17 | J | D | |
| 183. Kimberly Clark de Mexico | A | Dividend | J | T | Buy | 10/30/17 | J | | |
| 184. KOC Holdings | A | None | J | T | Buy | 10/30/17 | J | | |
| 185. Komatsu | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 186. Kraneshares Tr CSI China | A | None | K | T | Buy | 09/21/17 | K | | |
| 187. Kraneshares Tr CSI China Internet ETF | A | None | K | T | Sold | 10/02/17 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 02/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Kroger Company - common stock | A | Dividend | J | T | Sold | | J | A | |
| 189. Lloyds Banking Group | A | None | J | T | Buy | 09/26/17 | J | | |
| 190. Localiza Rent A Car | A | None | J | T | Buy | 10/30/17 | J | | |
| 191. L'Oreal Co | A | None | J | T | Buy | 09/26/17 | J | | |
| 192. Makita Corp | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 193. Medtronic | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 194. Michelin CIE GLE | A | None | J | T | Buy | | J | | |
| 195. Merck & Company - common stock | A | Dividend | J | T | | | | | |
| 196. Microsoft | A | Dividend | K | T | Buy | | K | | |
| 197. Mobile Telesystems | A | None | J | T | Buy | 10/30/17 | J | | |
| 198. Naspers | A | Dividend | J | T | Buy | 09/21/17 | J | | |
| 199. National Australia Bank | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 200. Nedbank Group | A | None | J | T | Buy | 10/30/17 | J | | |
| 201. Netease | A | Dividend | J | T | Buy | 09/21/17 | J | | |
| 202. Netease | A | Dividend | J | T | Sold (part) | 10/10/17 | J | A | |
| 203. New Oriental Ed & Technology | A | None | J | T | Buy | 09/19/17 | J | | |
| 204. New Oriental Ed & Technology | A | None | J | T | Sold | 10/30/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 02/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Nextera Energy Inc. - common stock | A | Dividend | K | T | Sold | 10/05/17 | K | E | |
| 206. Nielson Holdings | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 207. Nike | A | Dividend | J | T | Sold | 07/31/17 | J | A | |
| 208. Nordea Bank Sweden | A | None | J | T | Buy | 09/26/17 | J | | |
| 209. Nordea Bank Sweden | A | None | J | T | Sold (part) | 11/22/17 | J | A | |
| 210. Novartis A G | A | None | J | T | Buy | 09/26/17 | J | | |
| 211. Oil Company Lukoil | A | None | J | T | Buy | 10/30/17 | J | | |
| 212. Omnicom Group, Inc. - common stock | A | Dividend | K | T | Sold | | | K | D | |
| 213. Oracle | A | Dividend | J | T | Buy | | J | | |
| 214. Pernod Ricard | A | Dividend | J | T | Buy | | J | | |
| 215. Paychex Inc. - common stock | A | Dividend | K | T | Sold | 08/21/17 | J | C | |
| 216. Pepsico Inc. - common stock | A | Dividend | K | T | Sold | 10/05/17 | K | D | |
| 217. Petroleo Brasileiro | A | None | J | T | Buy | 09/19/17 | J | | |
| 218. Petroleo Brasileiro | A | None | J | T | Sold | 10/30/17 | J | A | |
| 219. Pfizer Inc. - common stock | A | Dividend | J | T | | | | | |
| 220. Ping an Ins Group Cochina | A | None | J | T | Buy | 09/19/17 | J | | |
| 221. Ping an Ins Group Cochina | A | None | J | T | Sold | 10/30/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 02/09/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. PNC Financial Services Group Inc. - common stock | A | Dividend | K | T | Sold | | K | D | |
| 223. Praxair Inc. - common stock | A | Dividend | J | T | | | | | |
| 224. Procter & Gamble Co. - common stock | A | Dividend | K | T | | | | | |
| 225. Prudential ADR | A | None | J | T | Buy | 09/26/17 | J | | |
| 226. Qudian Inc | A | None | J | T | Buy | 10/19/17 | J | | |
| 227. Qudian Inc | A | None | J | T | Sold | 10/30/17 | J | A | |
| 228. Red Electrca Corp | A | None | J | T | Buy | 09/26/17 | J | | |
| 229. Relx Plc | A | None | J | T | Buy | 09/26/17 | J | | |
| 230. Roche Hldg | A | None | J | T | Buy | 09/26/17 | J | | |
| 231. Royal Dutch Shell | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 232. Ryanair Holdings | A | None | J | T | Buy | 09/26/17 | J | | |
| 233. Ryohin Keikaku | A | None | J | T | Buy | 09/26/17 | J | | |
| 234. Safran S A | A | None | J | T | Buy | 12/01/17 | J | | |
| 235. Sampo Plc | A | None | J | T | Buy | 09/26/17 | J | | |
| 236. Samsonite Intl | A | None | J | T | Buy | 09/26/17 | J | | |
| 237. Sanlam | A | None | J | T | Buy | 10/30/17 | J | | |
| 238. Santen Pharmaceutical | A | Dividend | J | T | Buy | 09/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 02/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. SAP | A | None | J | T | Buy | 09/26/17 | J | | |
| 240. SAP | A | None | J | T | Sold (part) | 12/18/17 | J | A | |
| 241. Sberbank of Russia | A | None | J | T | Buy | 09/19/17 | J | | |
| 242. Schneider Electric | A | None | J | T | Buy | 09/26/17 | J | | |
| 243. Sensata Technology | A | None | J | T | Buy | 09/26/17 | J | | |
| 244. SGS SA | A | None | J | T | Buy | 09/26/17 | J | | |
| 245. Silicon Motion Technology | A | None | J | T | Buy | 09/19/17 | J | | |
| 246. Silicon Motion Technology | A | None | J | T | Sold (part) | 10/30/17 | J | A | |
| 247. Shinhan Financial Group | A | None | J | T | Buy | 10/30/17 | J | | |
| 248. Shire Plc | A | None | J | T | Buy | 09/26/17 | J | | |
| 249. Shoprite Hldgs | A | None | J | T | Buy | 10/30/17 | J | | |
| 250. SMC Corp | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 251. Sodexo Spon | A | None | J | T | Buy | 09/26/17 | J | | |
| 252. Sonova Holding | A | None | J | T | Buy | 09/26/17 | J | | |
| 253. Sony Corp | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 254. Southern Co. - common stock | A | Dividend | K | T | Sold | | K | C | |
| 255. Standard Bak Group | A | None | J | T | Buy | 09/19/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 02/09/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Standard Bk Group | A | None | J | T | Sold (part) | 10/30/17 | J | A | |
| 257. Statoil ASA | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 258. Sumitomo | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 259. Suncor Energy | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 260. Suncor Energy | A | Dividend | J | T | Sold | 07/31/17 | J | A | |
| 261. Sysco Corp. - common stock | A | Dividend | K | T | | | | | |
| 262. Taiwan Semiconductor | A | None | J | T | Buy | 09/19/17 | J | | |
| 263. Tal Education Groupu | A | None | J | T | Buy | 09/19/17 | | | |
| 264. Tal Education Gropu | A | None | J | T | Sold | 10/26/17 | J | A | |
| 265. Target Corp. - common stock | A | Dividend | K | T | Sold | 07/31/17 | K | B | |
| 266. Tata Motors Limited | A | None | J | T | Buy | 09/19/17 | J | | |
| 267. Tata Motors Limited | A | None | J | T | Sold | 10/30/17 | J | A | |
| 268. TE Connectivity | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 269. TE Connectivity | A | Dividend | J | T | Sold (part) | 10/20/17 | J | A | |
| 270. Techtronic Industries | A | None | J | T | Buy | 09/19/17 | J | | |
| 271. Techtronic Industries | A | None | J | T | Sold (part) | 10/30/17 | J | A | |
| 272. Telekomunikasi Indonesia | A | None | J | T | Buy | | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 02/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Telenor | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 274. Tencent Holdings | A | None | J | T | Buy | 09/19/17 | J | | |
| 275. Tencent Holdings | A | None | J | T | Sold (part) | 10/30/17 | J | A | |
| 276. Tokyo Electron | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 277. Total S A | A | None | J | T | Buy | 09/26/17 | J | | |
| 278. Toyota | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 279. Turkcell Iletisim | A | Dividend | J | T | Buy | 09/21/17 | J | | |
| 280. Turkcell Iletisim | A | Dividend | J | T | Sold (part) | 10/10/17 | J | A | |
| 281. Turkiye | A | None | J | T | Buy | 09/19/17 | | | |
| 282. Turkiye | A | None | J | T | Sold | 10/30/17 | J | A | |
| 283. UBS Group | A | None | J | T | Buy | 09/26/17 | J | | |
| 284. Unilever | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 285. Union Pacific Corp. - common stock | A | Dividend | K | T | | | | | |
| 286. University of Maine | A | Interest | K | T | Sold | 07/30/17 | K | A | |
| 287. United Technologies Corp. - common stock | A | Dividend | K | T | | | | | |
| 288. Vale SA | A | None | J | T | Buy | 11/21/17 | J | | |
| 289. Valeo | A | None | J | T | Buy | 09/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | SQUATRITO, DOMINIC J. | 02/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Valeo | A | None | J | T | Sold (part) | 10/24/17 | J | A | |
| 291. Vaneck Vectors ETF Tr Russia | A | None | J | T | Buy | 12/26/17 | J | | |
| 292. Vinci | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 293. Vodacom | A | Dividend | J | T | Buy | 10/30/17 | J | | |
| 294. Walt Disney | A | Dividend | K | T | Sold | 08/21/17 | K | E | |
| 295. Weichai Power Co | A | None | J | T | Buy | 10/30/17 | J | | |
| 296. Wells Fargo & Co. - common stock | A | Dividend | K | T | Sold | 08/21/17 | K | D | |
| 297. Wichita KS | A | Interest | J | T | Buy | | J | | |
| 298. Willis Towers Watson | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 299. Wolters Kluwers | A | None | J | T | Buy | 09/26/17 | J | | |
| 300. Woolworths Hldgs | A | None | J | T | Buy | 10/30/17 | J | | |
| 301. Wordplay Group | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 302. Wordplay Group | A | Dividend | J | T | Sold | 10/18/17 | J | A | |
| 303. Yandex NV Com | A | None | J | T | Buy | 09/19/17 | J | | |
| 304. Yandex NV Com | A | None | J | T | Sold | 10/10/17 | J | A | |
| 305. YPF Sociedad Anonima | A | None | J | T | Buy | 09/19/17 | J | | |
| 306. ZTO Express | A | None | J | T | Buy | 09/19/17 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. ZTO Express | A | None | J | T | Sold | 10/30/17 | J | A | |
| 308. Citizens PPTY Ins - FL bond | A | Interest | K | T | Sold | | K | A | |
| 309. Phoenix Arizona Civic Impt Corp | B | Interest | K | T | Sold | | K | A | |
| 310. Cumberland Cnty North Carolina | B | Interest | K | T | | | | | |
| 311. Georgia State General Obligation Bond | B | Interest | K | T | Sold | | K | A | |
| 312. Philadelphia Pennsylvania Str & Wst | B | Interest | K | T | | | | | |
| 313. Michigan State Fin Auth Revenue | B | Interest | K | T | | | | | |
| 314. Michigan State Fin Auth Revenue | B | Interest | K | T | | | | | |
| 315. Ohio State Univ. | B | Interest | K | T | | | | | |
| 316. Keller TX Indpt Sch | B | Interest | K | T | Sold | 07/31/17 | K | A | |
| 317. Indiana State Fin auth Rev | B | Interest | K | T | Sold | 07/31/17 | K | A | |
| 318. Charleston South Carolina Wtrwks | B | Interest | K | T | Sold | 08/30/17 | K | A | |
| 319. Pasadena Texas School District Revenue Bond | B | Interest | K | T | Sold | 08/30/17 | K | A | |
| 320. Missouri State Hlth & Educational Fac | B | Interest | K | T | Sold | 08/30/17 | K | B | |
| 321. Pflugerville Texas Indep Sch Dist | B | Interest | K | T | Sold | 07/31/17 | K | A | |
| 322. Deutsch CMO - bond | A | Interest | J | T | | | | | |
| 323. Ishares Cohen & Steers REITS ETF | A | Int./Div. | K | T | Sold | 08/21/17 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,000 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 02/09/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. District of Columbia General Obligation Bond | A | Interest | K | T | Sold | 08/30/17 | K | A | |
| 325. Stryker Corp. - common stock | A | Dividend | K | T | | | | | |
| 326. Austin, TX General Obligation Bond | B | Interest | K | T | Sold | 08/30/17 | K | A | |
| 327. Fort Bend Cnty TX General Obligation Bond | B | Interest | K | T | Sold | 08/30/17 | K | A | |
| 328. Rhode Island St Hlth | B | Interest | K | T | Sold | 09/01/17 | K | A | |
| 329. Dripping Springs TX Indep Sch School District Revenue Bond | B | Interest | K | T | Sold | 08/30/17 | K | A | |
| 330. Wilmington Large-Cap Strategy Fund | B | Int./Div. | M | T | | | | | |
| 331. Islip New York Free Sch Dist | B | Interest | K | T | Sold | 07/31/17 | K | A | |
| 332. Ishares Core MSCI Emerging Markets | A | Int./Div. | K | T | | | | | |
| 333. Ishares TIPS Bond ETF | A | Int./Div. | K | T | Sold | 07/31/17 | K | A | |
| 334. Fortis Inc. | A | Dividend | K | T | Sold | | K | A | |
| 335. Vanguard FTSE Developed market ETF | B | Int./Div. | K | T | | | | | |
| 336. Vanguard Small-Cap ETF | B | Int./Div. | M | T | | | | | |
| 337. Spdr DJ Intl Real Estate ETF | A | Int./Div. | J | T | Sold | 10/05/17 | J | A | |
| 338. Alvin TX Indpt Sch 5% bond | B | Interest | K | T | Sold | 08/30/17 | J | | |
| 339. San Antonio TX Wtr 5% bond | A | Interest | K | T | Sold | 07/31/17 | K | A | |
| 340. Maricopa Cnty AZ bond | A | Interest | K | T | Sold | 08/11/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 02/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341.  Salt River AZ bond | A | None | K | T | Sold | 09/11/17 | K | B | |
| 342.  Bristol Myers Squibb common stock | A | Dividend | J | T | | | | | |
| 343.  Dell common stock (x) | A | None | J | T | Sold | 07/31/17 | J | B | |
| 344.  GE Capital Assurance Universal Life (x) | | None | J | T | | | | | |
| 345.  Amer Fund Target date 2010 fund | B | Int./Div. | L | T | | | | | |
| 346.  South Kingston, RI rental property | E | Rent | N | R | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 02/09/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The following properties are personal residences and are, therefore, not listed in section VII:
Cossombrato, Italy
Vacation Property, South Kingston, RI

One of the Vacation Properties in South Kingston, RI was rented out during 2016. The original cost was $450,000 and the acquisition date was 7.3.2001

The Appraisal date of _____. was 7.31.2016

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 02/09/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DOMINIC J. SQUATRITO**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544